UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLEIADES PUBLISHING LTD., *and* PLEIADES PUBLISHING, INC.,

Petitioners,

– *against* –

SPRINGER NATURE SWITZERLAND AG, *and* SPRINGER SCIENCE+BUSINESS MEDIA, LLC,

Respondents.

**ORDER**

25-cv-02032 (ER)

Ramos, D.J.:

On March 11, 2025, Pleiades Publishing Ltd. and Pleiades Publishing, Inc. (together "Petitioners") filed a petition for injunctive relief and in aid of arbitration against Springer Nature Switzerland AG and Springer Science+Business Media, LLC (together, "Respondents"). Doc. 1. On March 20, 2025, the Court held a show cause hearing and denied the request for a preliminary injunction. Docket entry dated March 20, 2025. On March 28, 2025, Respondents requested an extension of time to respond to the petition, which the Court granted on March 31, 2025. Docs. 27–28. On May 1, 2025, Respondents requested an additional extension of time to respond, to May 15, 2026, which the Court granted on May 2, 2025. Docs. 29–30. Neither party has since communicated with the Court.

The parties are therefore instructed to submit a joint status report by no later than October 27, 2026. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: October 20, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.